1  Michael K. Friedland (SBN 157,217)
   michael.friedland@kmob.com
2  Benjamin A. Katzenellenbogen (SBN 208,527)
   ben.katzenellenbogen@kmob.com
3  Lauren Keller Katzenellenbogen (SBN 223,370)
   lkeller@kmob.com
4  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street, Fourteenth Floor
5  Irvine, CA  92614
   Telephone: (949) 760-0404
6  Facsimile: (949) 760-9502

7  Attorneys for Plaintiff
   CONTINENTAL APPLIANCES, INC.
8

9  L. Clint Crosby (*Pro Hac Vice*)
   ccrosby@bakerdonelson.com
10 Dorian B. Kennedy (*Pro Hac Vice*)
   dkennedy@bakerdonelson.com
11 BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, P.C.
12 3414 Peachtree Road NE, Suite 1600
   Atlanta, GA 30326
13 Phone:  (404) 577-6000
   Facsimile:  (404) 221-6501
14

15 Attorneys for Defendants
   SURE HEAT MANUFACTURING, INC. and
   SHM INTERNATIONAL CORPORATION
16

JS-6

17            IN THE UNITED STATES DISTRICT COURT

18          FOR THE CENTRAL DISTRICT OF CALIFORNIA

19                     SOUTHERN DIVISION

| | |
|---|---|
| CONTINENTAL APPLIANCES, INC., a California corporation, | Case No. SACV 11-01544-JVS (JPRx) |
| Plaintiff, | **ORDER CONFIRMING DISMISSAL WITH PREJUDICE** |
| v. | |
| SHM INTERNATIONAL CORPORATION, a Georgia corporation, and SURE HEAT MANUFACTURING, INC., a Georgia corporation, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | Honorable James V. Selna |

The Court, having considered the parties' stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and for good cause shown,

IT IS HEREBY ORDERED that the Court confirms that this action is dismissed with prejudice, each party shall bear its own costs, expenses, and attorneys' fees, and the Court shall retain jurisdiction to enforce compliance with the parties' settlement agreement.

**IT IS SO ORDERED.**

Dated: December 04, 2012

_____
Honorable James V. Selna

14424800